# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

IN RE:

                                                    CASE NO. 04-BK-81505

CLARA MILDRED JACKSON

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes, Jon C. Thornburg, Standing Chapter 13 Trustee, who reports the following:

### 1.

That pursuant to *§347(a), Title 11 U.S.C.*, the Trustee shall stop payments on any check remaining unpaid, and any remaining property of the estate shall be paid into the Court for disposal under *Chapter 129 of Title 28*.

### 2.

That in the above-styled matter, a check payable to American Check Cashers was returned by the Postmaster due to an insufficient address. The Trustee has exhausted attempts in locating the whereabouts of said creditor.

### 3.

That pursuant to *Rule 3011*, the name of the party to whom such non-negotiated distribution check was issued, the amount of the check, and their last known address is as follows:

American Check Cashers
150 Ridge Rd
Lafayette, LA 70506
$9.23, Check No. 217779, dated November 30, 2009

### 4.

The Trustee's Check No. 221325 , payable to the Clerk, U. S. Bankruptcy Court is attached hereto.

Respectfully submitted this 26 day of February , 2010.

                                        Jon C. Thornburg, Chapter 13 Trustee
                                        Post Office Box 1991
                                        Alexandria, LA 71303